# EXHIBIT M

| | |
|---|---|
| FORM NO. 3534  CITATION<br>THE STATE OF TEXAS<br><br>To:   ENGAGE BRANDS LLC<br>      BY SERVING ITS SECRETARY OF THE STATE OF TEXAS<br>      SERVICE OF PROCESS - CITATIONS UNIT<br>      JAMES E. RUDDER BUILDING<br>      1019 BRAZOS, ROOM 105<br>      AUSTIN, TX 78701<br>GREETINGS: | ESERVE (SOS)<br><br>CITATION<br><br>No.: DC-24-06964<br>SSCP RESTAURANT INVESTORS LLC<br>vs.<br>JIGNESH N. PANDYA, et al |

You have been sued. You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and **ORIGINAL** petition, a default judgment may be taken against you.

In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **193rd District Court** at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being   **SSCP RESTAURANT INVESTORS LLC**

Filed in said Court on the **10th day of May, 2024** against

JIGNESH N. PANDYA; RONAK J.  PANDYA; VALENTINO  F. DIGIORGIO, III; KRUPA PATEL; PANDYA RESTAURANT GROWTH BRANDS, LLC; PANDYA MANAGEMENT, LLC; ENGAGE BRANDS, LLC ; BOSTON MARKET CORPORATION

For suit, said suit being numbered   **DC-24-06964**  the nature of which demand is as follows:
Suit On  **OTHER (CIVIL)** etc.

as shown on said petition  a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.

ISSUED
ON THIS THE 24TH DAY OF MAY, 2024

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **CYNTHIA ROBINSON**, Deputy

Attorney for : Plaintiff
**J DAVID APPLE**
**LAW OFFICE OF J DAVID APPLE PC**
**735 PLAZA BLVD SUITE 200**
**COPPELL TX  75019**
**972-315-1900**
**JDAPPLE@JDALAW.COM**

**DALLAS COUNTY SERVICE FEES NOT PAID**

Given under my hand and the Seal of said Court at office **on this the 24th day of May, 2024**
ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

By _Cynthia Robinson_____, Deputy
**CYNTHIA ROBINSON**

# OFFICER'S RETURN
# FOR INDIVIDUALS

Cause No. DC-24-06964
Court No: 193rd District Court

Style: SSCP RESTAURANT INVESTORS LLC
 vs.
JIGNESH N. PANDYA, et al

Received this Citation the _____day of_____, 20\_\_\_\_\_ at_____o'clock.  Executed at _____, within the County of _____, State of_____, on the _____day of_____, 20\_\_\_\_, at _____o'clock, by delivering to the within named_____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first endorsed on same the date of delivery.

----------000000----------

# OFFICER'S RETURN
# FOR CORPORATIONS

Received this Citation the _____day of_____, 20\_\_\_\_\_ at_____o'clock \_\_\_.M.  Executed at _____, within the County of _____, State of_____, on the _____day of_____, 20\_\_\_\_\_, at _____ o'clock \_\_\_\_ .M. by summoning the within named Corporation, _____ _____
_____ President - Vice President - Registered Agent - in person, of the said
_____
a true copy of this citation together with the accompanying copy of Plaintiff's ORIGINAL ORIGINAL petition, having first endorsed on same the date of delivery.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:      To certify which witness by my hand.

| | | | |
|---|---|---|---|
| For Serving Citation | $_____ | Sheriff | _____ |
| For Mileage | $_____ | County of | _____ |
| For Notary | $_____ | State of | _____ |
| Total Fees | $_____ | By | _____Deputy |

(Must be verified if served outside the State of Texas)
State of_____
County of_____
  Signed and sworn to me by the said _____ before me this _____ day of_____, 20\_\_\_\_\_, to certify which witness my hand and seal of office.

_____
              Seal                                                                                                                State & County of
_____